# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:   Travis W. Burton                 )    Case No. 22-20438
        Heather M. Burton              )    Chapter: 13
                        Debtors  )

## MOTION FOR POST-CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN, AND COUNSEL'S APPLICATION FOR COMPENSATION

**COME NOW** Debtors, Travis and Heather Burton, by and through Counsel, and in support of this Motion for Post-Confirmation Amendment to Chapter 13 Plan, and Debtors' Counsel Application for Compensation, state that:

1. On May 18, 2022, Debtors filed their Petition and Plan for Chapter 13 relief.

2. On September 22, 2022, the Plan was confirmed by Order of this Court.

3. Debtors were in a vehicle collision totaling their 2018 BMW X2. Their insurance provider paid the lien on the vehicle as requested by JP Morgan Chase Bank.

4. Debtors hereby reduce their Plan payment to $3,500.00 per month.

5. All other provisions of the Plan remain the same.

6. Additionally, Debtors' Counsel request additional post-Confirmation compensation in the amount of $250.00 for the filing of this Motion.

**WHEREFORE**, Debtors request this Honorable Court enter an order re-confirming the Plan per the amended terms outlined above, for an order awarding Debtors' Counsel $250.00 in post-Confirmation compensation which is to be paid through the Plan, and for such further relief this Court deems equitable and proper.

Dated: February 6, 2023               Respectfully submitted,
                                 WM Law

                                 s/ Ryan A. Blay
                                 Ryan A. Blay, MO #KS001066; KS #28110
                                 15095 W. 116th St.
                                 Olathe, KS 66062
                                 Phone (913) 422-0909 / Fax (913) 428-8549
                                 blay@wagonergroup.com
                                 ATTORNEY FOR DEBTOR(S)

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **February 27, 2023** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a <u>nonevidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, on **March 28, 2023, at 1:30 p.m.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

**[See attached mailing matrix]**

s/ Ryan A. Blay

Label Matrix for local noticing
1083-2
Case 22-20438
District of Kansas
Kansas City
Fri Aug 19 15:18:04 CDT 2022

Ally Financial, c/o AIS Portfolio Services,
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ameri Best LLC dba Ameribest Payday Loans
PO Box 13063
Overland Park, KS 66282-3063

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

ARVEST BANK
1188 N SALEM RD SUITE 12
FAYETTEVILLE, AR 72704-8804

Ally Financial
AIS Portfolio Services LP
4515 N Santa Fe Ave Dept APS
Oklahoma City OK 73118-7901

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Ally Financial
PO Box 380901
Bloomington MN 55438-0901

Ally Financial
PO Box 380902
Minneapolis MN 55438-0902

Ally Financial co AIS Portfolio Services LLC
4515 N Santa Fe Ave Dept APS
Oklahoma City OK 73118-7901

Ameri Best LLC dba Ameribest Payday Loans
co Karen Nations
PO Box 13063
Overland Park, KS 66282-3063

Ameribest Payday Loans
12705 S Mur Len Rd
Olathe KS 66062-1236

Arvest Bank
11150 Pflumm Rd
Lenexa KS 66215-4810

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Attorney Karen Nations
PO Box 13063
Overland Park KS 66282-3063

Bank of Missouri/Total Visa
PO Box 84930
Sioux Falls SD 57118-4930

Best Buy/CBNA
5800 S Corporate Place
Sioux Falls SD 57108-5027

Brandon S. Lefkowitz
29777 Telegraph Road, Suite 2440
Southfield, MI 48034-7667

CAPITAL ONE BANK USA
10700 Capital One Way
Glen Allen VA 23060-9243

CAPITAL ONE BANK USA
PO Box 31293
Salt Lake City UT 84131-0293

CAPITAL ONE BANK USA
PO Box 71083
Charlotte NC 28272-1083

CAPITAL ONE Justice
PO Box 30253
Salt Lake City UT 84130-0253

CAPITAL ONE/MAURICES
PO BOX 30253
Salt Lake City UT 84130-0253

COMENITY BANK/GORDMANS
PO BOX 182789
Columbus OH 43218-2789

COMENITY BANK/VICTORIAS SECRET
PO BOX 182789
Columbus OH 43218-2789

COMENITY CAPTIAL/PETLND
PO BOX 182120
Columbus OH 43218-2120

COMENITYCAPITALBANK/OVER
COMENITYCAPITALBANK/OVER #7788
Columbus OH 43218

CREDIT ONE BANK
PO BOX 98872
Las Vegas NV 89193-8872

Capital One Bank USA NA
PO Box 31293
Salt Lake City UT 84131-0293

Capital One/Menards
PO Box 31293
Salt Lake City UT 84131-0293

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806-5948

Cashnet USA
175 West Jackson
Suite 1000
Chicago IL 60604-2863

Central Bank of the Midwest
609 NM 291  Highway
Lees Summit MO 64086

Checksmart
5258 Independence Ave
Kansas City MO 64124

Comenity Bank/Boot Barn
PO Box 650113
Dallas TX 75265-0113

Comenity Bank/Capital Bank
Academy Sports & Outdoors Card
3095 Loyalty Circle, Building
Columbus OH 43219-3673

Comenity Bank/Pac Sun
PO Box 182789
Columbus OH 43218-2789

Comenity Bank/VCTRSSEC
PO Box 182789
Columbus OH 43218-2789

Comenity Bank/Victorias Secret
3095 Loyalty Circle, Building
Columbus OH 43219-3673

Comenity Capital/Academy
3075 Loyalty Circle
PO Box 182120
Columbus OH 43218-2120

Comenity/Capital/Zales
PO Box 182120
Columbus OH 43218-2120

Credit One Bank
6801 S Cimarron Road
Las Vegas NV 89113-2273

FIRST PREMIER
3820 N Louise Ave
Sioux Falls SD 57107-0145

FinWise Bank
c/o Opportunity Financial, LLC
130 E. Randolph Street, Suite 3400
Chicago, IL 60601-6379

Fingerhut/Webbank
6250 Ridgwood Rd
Saint Cloud MN 56303-0820

Finwise Bank c/o Opportunity
130 E Randolph St. Ste. 3400
Chicago IL 60601-6379

Internal Revenue Service
Centralized Insolvency Ops
Post Office Box 7346
Philadelphia PA 19101-7346

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Jared Galleria of Jewelry
PO Box 4485
Beaverton OR 97076-4485

Johneva Miller
PO Box 382
Scottsville TX 75688-0382

LVNV FUNDING LLC
PO Box 1269
Greenville SC 29602-1269

LVNV Funding
Resurgent Capital Services
PO Box 10587
Greenville SC 29603-0587

LVNV Funding LLC
PO Box 10587
Greenville SC 29603-0587

LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 1269
Greenville SC 29602-1269

LVNV Funding, LLC its successo
assigns as assignee of FNBM, L
Resurgent Capital Services
PO Box 10587
Greenville SC 29603-0587

Max Lend
217 3rd Avenue NE
Parshall ND 58770

Metbank Capital Credit CA
2 Circle Star Way
San Carlos CA 94070-6200

Metbank Capital Credit CA
PO Box 5065
Sioux Falls SD 57117-5065

Monterey Finl Svcs
4095 Avenida de la Plata
Oceanside CA 92056-5802

(p)NEBRASKA FURNITURE MART
ATTN LEGAL DEPT
PO BOX 3000
OMAHA NE 68103-3030

NPRTO Mid-West, LLC
256 West Data Drive
Draper, UT 84020-2315

Nebraska Furniture Mart
PO BOX 3000
Omaha, NE 68103-3030

Nebraska Furniture Mart
Registered Agent
Randall Denniston
808 S 74th Plaza
Omaha NE 68114

Net Credit
200 W Jackson Blvd, Ste. 2
Chicago IL 60606-6910

Net Credit
PO Box 206766
Dallas TX 75320-6766

NetCredit Financial
175 W JACKSON BLVD SUITE 1000
Chicago IL 60604-2863

ONEMAIN
PO BOX 1010
Evansville IN 47706-1010

Opportunity Financial
11 E Adams Street
Suite 501
Chicago IL 60603-6333

Opportunity Financial
130 East Randolph Street
Suite 1650
Chicago IL 60601-6241

Plain Green LLC
93 Mack Road, Suite 600
Box Elder MT 59521

Portfoliio Recovery Associates
PO Box 41067
Norfolk VA 23541-1067

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-7999

Quantum3 Group LLC as agent
Comenity Capital Bank
PO Box 788
Kirkland WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA  98083-0788

SYNCB/AMAZON PLCC
PO BOX 965015
Orlando FL 32896-5015

SYNCB/JC PENNEY
PO BOX 965007
Orlando FL 32896-5007

SYNCB/LOWES
PO BOX 965005
Orlando FL 32896-5005

SYNCB/OLD NAVY
4125 WINDWARD PLAZA
Alpharetta GA 30005-8738

SYNCB/OLD NAVY
PO BOX 965005
Orlando FL 32896-5005

SYNCB/WAL-MART
PO BOX 965024
Orlando FL 32896-5024

Scolopax, LLC
c/o Weinstein & Riley, PS
2001 Western Ave, Ste. 400
Seattle WA 98121-3132

Speedy Cash
PO Box 780408
Wichita KS 67278-0408

Speedy/Rapid Cash
P.O. Box 780408
Wichita, KS 67278-0408

(p)SPRINT
C O AMERICAN INFOSOURCE
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

Sunrise Credit Services
2174 Jackson Ave
Seaford NY 11783-2608

Syncb / Care Credit
POB 965036
Orlando FL 32896-5036

Syncb/Amazon PLCC
4125 Windward Plaza
Alpharetta GA 30005-8738

| | | |
|---|---|---|
| Syncb/Walmart<br>4125 Windward Plaza<br>Alpharetta GA 30005-8738 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Lowe's<br>4125 Windward Plaza<br>Alpharetta GA 30005-8738 |
| T & F S EMPLOYEES CU<br>3800 HWY 365<br>SUITE 127<br>Port Arthur TX 77642-7515 | TD BANK USA/TARGET CREDI<br>NCD-0450PO BOX 1470<br>Minneapolis MN 55440-1470 | TD Bank USA NA<br>c/o Weinstein & Riley, PS<br>2001 Western Ave, Ste. 400<br>Seattle WA 98121-3132 |
| TD Bank USA/Target credit<br>7000 Target Parkway N<br>Mail Stop NCD-0450<br>Minneapolis MN 55445-4301 | The Bank of Missouri<br>2700 S Lorraine Place<br>Sioux Falls, SD 57106-3657 | TransWorld Systems, Inc.<br>500 Virginia Dr., Ste. 514<br>Fort Washington PA 19034-2733 |
| U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | Uprova Credit, LLC<br>635 E. Hwy 20 V<br>Upper Lake CA 95485 | Verizon Wireless<br>PO Box 650051<br>Dallas TX 75265-0051 |
| Verizon Wireless<br>by American InfoSource as Agen<br>4515 N Santa Fe Ave.<br>Oklahoma City OK 73118-7901 | Verizon Wireless Bankruptcy<br>500 Technology Drive, Ste. 550<br>Saint Charles MO 63304-2225 | Webbank/Fingerhut<br>13300 Pioneer Trail<br>Eden Prairie MN 55347-4120 |
| Wilmiington Savings/Carrington<br>Mortgage Services<br>1600 S. Douglass Rd.<br>Anaheim CA 92806-5948 | Wilmington Savings Fund Society, FSB, as tru<br>1600 South Douglass Road<br>Anaheim, CA 92806-5948 | Heather M Burton<br>638 Parma Way<br>Gardner, KS 66030-1293 |
| Ryan A Blay<br>WM Law<br>15095 W 116th St<br>Olathe, KS 66062-1098 | Travis W Burton<br>638 Parma Way<br>Gardner, KS 66030-1293 | William H Griffin<br>5115 Roe Blvd Ste 200<br>Roeland Park, KS 66205-2393 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JPMCB Auto Finance<br>301 N Walnut St., Floor 09<br>Wilmington DE 19801 | (d)JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O Box 29505 AZ1-5757<br>Phoenix, AZ 85038-9505 | NEBRASKA FURNITURE MART<br>PO BOX 3456<br>Omaha NE 68103-0456 |
| (d)Nebraska Furniture Mart<br>700 South 72nd St.<br>Omaha NE 68114-4697 | Portfolio Recovery<br>120 Corporate Blvd<br>Suite 100<br>Norfolk VA 23502 | (d)Portfolio Recovery Associates<br>120 Corporate Blvd<br>Norfolk VA 23502 |

| | | |
|---|---|---|
| (d)Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Sprint<br>6220 Sprint Parkway<br>Lenexa KS 66215 |

(d)Subaru Motors Finance
JPMCB Auto Finance
700 Kansas Lane
Monroe LA 71203

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Carrington Mortgage Services, LLC, | (d)Credit One Bank<br>PO Box 98872<br>Las Vegas NV 89193-8872 | (d)LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (d)Nebraska Furniture Mart<br>PO Box 3000<br>Omaha NE 68103-3030 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients   110<br>Bypassed recipients     5<br>Total          115 |