**Form ontcdue** (Revised 06/2017)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  22–20438

Chapter:  13

In re:

Travis W Burton
638 Parma Way
Gardner, KS 66030

Heather M Burton
638 Parma Way
Gardner, KS 66030

SSN: xxx–xx–9509

SSN: xxx–xx–9239

| |
|---|
| **Filed and Entered**<br>**By The Court** |
| **3/28/23**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

**ORDER SETTING DEADLINE FOR SUBMISSION OF ORDER**

D. Kan. LBR 9004.1(c) and 9074.1 require that unless the Court directs otherwise, orders resulting from an actual hearing are due fourteen (14) days from the date of the hearing. Orders resulting from a notice with an objection deadline where no actual hearing was held are due fourteen (14) days after the expiration of the objection deadline.

The Court record indicates that Ryan Blay has not submitted the order(s) as directed.

The matter(s) which has been specified as outstanding is:

*46* – Motion for Post–Confirmation Amendment of Plan Filed on behalf of Joint Debtor Heather M Burton, Debtor Travis W Burton (Attachments: # 1 Creditor Matrix), with Certificate of Service.(Blay, Ryan)

*55* – Application for Compensation for Ryan A Blay, Attorney, Period: 1/30/2023 to 1/30/2023, Fee: $250, Expenses: $0. Filed on behalf of Attorney Ryan A Blay (Attachments: # 1 Creditor Matrix), with Certificate of Service.(Blay, Ryan)

**due by 2/21/2023**

**The outstanding order (or journal entry/withdrawal of motion or pleading) must be submitted within fourteen (14) days from the date of this order. If it is not submitted within fourteen (14) days, the Court will enter an order denying the motion/application in question for lack of prosecution without further notice, or may, in its sole discretion, set the matter for a show cause hearing.**

Document 60 – 46, 55

s/   Robert D. Berger
United States Bankruptcy Judge