**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 3rd day of April, 2023.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:      Travis Burton                 )      Case No. 22-20438
                Heather Burton           )
                            Debtors    )

### ORDER APPROVING DEBTORS' MOTION FOR POST-CONFIRMATION AMENDEMENT OF PLAN, DOC# 46 AND APPLICATION FOR COMPENSATION, DOC #55

**On January 30, 2023,** Debtors filed **Document No. 46**, the Motion for Post-Confirmation Amendment of Plan (the "Motion"). On February 6, 2023, Debtors filed an Application for Compensation for counsel, Doc. #53 (the "Application"). The Court finds that the Motion and Application, with no objections filed, no hearing held, and having been agreed to by the Chapter 13 Trustee, are satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motion is granted, hereby reducing the Debtors' plan payment to $3500 per month;

**IT IS FURTHER ORDERED** that the Application is granted, awarding $250 in attorney's fees to counsel to be paid through the Debtors' Chapter 13 Plan.

**IT IS SO ORDERED.**

###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, KS#28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTORS


Approved by,

s/ W. H. Griffin
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311
Fax 913-432-7857